Jacob B. Hirshfeld, trading as J. B. Hirshfeld & Company, appellee, v. Harry Schallman, appellant. Gen. No. 28,191.
Action of the first class in contract to recover balance due on underwear sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923. Rehearing denied May 7, 1923. Certiorari denied by Supreme Court (making opinion final).
William S. Kleinman, for appellant. Musgrave, Oppenheim, McKeever & Lippincott, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

---

Anders D. Cronstedt, trading as A. D. Cronstedt & Company, appellant, v. Alexander Rogers, appellee. Gen. No. 28,206.
Action of the first class for commission and damages for failure to consummate contract for exchange of real estate. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.
Gurdon Williams, for appellant. William Gillespie and George J. Avery, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

---

Mrs. William De Beaux, appellee, v. Edward Evan Davies, appellant. Gen. No. 28,216.
Fourth class action in contract for rent of furnished room. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.
Robert D. Melick, for appellant. No appearance for appellee.
Mr. Justice Gridley delivered the opinion of the court.

---

Blum's, Inc., for use of Continental Casualty Company, appellee, v. Mooney-Boland-Sutherland Corporation, appellant. Gen. No. 28,236.
First class action in assumpsit for return of money paid for watching store windows. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923. Certiorari denied by Supreme Court (making opinion final).
Petit, Cummings & Snider, for appellant. Abraham Lepine, for appellee; Jacob G. Grossberg, of counsel.
Mr. Justice Gridley delivered the opinion of the court.